AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>115 High Street, Apartment 1, Southbridge, MA 01550 | )<br>)<br>)  Case No. 20-MJ-4189-DHH<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Massachusetts____
*(identify the person or describe the property to be searched and give its location)*:

115 High Street, Apartment 1, Southbridge, MA 01550, as described more specifically in Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, packaging materials, fingerprints, proceeds from sale of controlled substances, as described more specifically in Attachment C

**YOU ARE COMMANDED** to execute this warrant on or before ____July 20, 2020____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable David H. Hennessy____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **Jul 6, 2020**    6:15 p.m.      _____
                                                                                        *Judge's signature*

City and state:  Worcester, Massachusetts           U.S. Magistrate Judge David H. Hennessy
                                                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 20-MJ-4189-DHH | Date and time warrant executed: 7/6/2020; Appx 6:23pm | Copy of warrant and inventory left with: @ 115 High St Apt #1 Southbridge, MA  Lessee: Angela Pierce |
|---|---|---|

Inventory made in the presence of:
SA SHAWN MACDONALD

Inventory of the property taken and name(s) of any person(s) seized:

1. - .40 Caliber Smith + Wesson handgun with 13 round magazine - Model # SW40VE  SN# DWE 3662

2 - Priority Mail Box containing six inflatable toys, one Barbie Beach Ball, one deck of Playing Cards, colored pencils and three cans of Play-Doh.

3 - Miscellaneous documents + ledgers

4 - 41 Assorted Bullets

5 - Various Anabolic Steroids

6 - Grinder containing residue

7 - Apple iPhone - SN# GQTZL0IJKXKN

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/9/2020

_____
Executing officer's signature

SA DAVID M. DINUCCIO
Printed name and title

## ATTACHMENT C

Items, documents, records, files, and other information that constitute evidence, fruits, or instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846, including:

1. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, and heat-sealing devices.

2. books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances.

3. personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances.

4. cash, currency, and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, as well as precious metals such as gold and silver, and precious gems such as diamonds, as well as currency counting machines.

5. documents indicating travel in interstate and foreign commerce such as travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports and visas, credit card receipts, and telephone bills.

6. cellular telephones, limited to those used or possessed by RIVERA.

7. shipping labels or airbills and receipts for shipping packages.

8. items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

9. During the search of the SUBJECT DEVICE described in Attachment A and SUBJECT PREMISES described in Attachment B, law enforcement personnel are authorized to press the fingers (including thumbs) of RIVERA or an individual found at the SUBJECT PREMISES to the sensor of the subject device and/or to hold the device in front of their faces.

10. HOWEVER, authority to seize and search electronic devices is limited to those electronic devices possessed or determined by agents to be used by RIVERA. For

example, if another person found within the SUBJECT PREMISES, such person's electronic devices, such as an iPad or iPhone, cannot be seized or searched. Agents may direct the person to unlock the electronic device to demonstrate the person possesses or uses the electronic device.

## RETURN OF SEIZED COMPUTER EQUIPMENT

If the owner of the seized cellular telephones requests that it be returned, the government will attempt to do so, under the terms set forth below. If, after inspecting the seized cellular telephones, the government determines that some or all of this equipment does not contain contraband or the passwords, account information, or personally-identifying information of victims, and the original is no longer necessary to retrieve and preserve as evidence, fruits or instrumentalities of a crime, the equipment will be returned within a reasonable time, if the party seeking return will stipulate to a forensic copy's authenticity (but not necessarily relevancy or admissibility) for evidentiary purposes.

If cellular telephones cannot be returned, agents will make available to the cellular telephones' owner, within a reasonable time period after the execution of the warrant, copies of files that do not contain or constitute contraband; passwords, account information, or personally-identifying information of victims; or the fruits or instrumentalities of crime.

For purposes of authentication at trial, the Government is authorized to retain a digital copy of all cellular telephones seized pursuant to this warrant for as long as is necessary for authentication purposes

## ATTACHMENT B

## PROPERTY TO BE SEARCHED

The building located at 115 High Street, Southbridge, Massachusetts, is a two-story green-colored residence with yellow trim. There is a single front door at the front of the building on High Street that serves as a common access way to one apartment on the first floor and to two apartments located on the second-floor. Facing the building from High Street, there is a second entrance to Apartment 1 on the first floor on the right side of the building set back from the street down a driveway. Apartment 1, the location to be searched, is on first floor of the building located at 115 High Street and it can be accessed through the front and rear entrances described herein.

Front of building:



Closer view of Driveway and rear entrance

